# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LOOMIS, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>SLENDERTONE DISTRIBUTION, INC.,<br><br>Defendant. | Case No. 19-cv-854-MMA (KSC)<br><br>**ORDER CONVERTING SETTLEMENT FINAL APPROVAL HEARING INTO A TELEPHONIC HEARING AND NOTICE OF DIAL-IN INSTRUCTIONS** |

The Court previously set a Final Approval Hearing regarding the settlement for **March 8, 2021 at 2:30 P.M.** before Judge Anello. *See* Doc. No. 42 at 4. In light of the ongoing COVID-19 pandemic, the Court **CONVERTS** the in-person hearing into a telephonic hearing. Participants shall call the conference number at **(888) 251-2909** and use the access code **5686947** to join the conference. The Court respectfully requests participants follow these guidelines during the hearing:

1. State your name before speaking *every time you speak*;
2. Speak one at a time;
3. Mute your phones when not speaking (background noise can interfere with the person who is speaking);

4. Use a landline to make the phone call, if possible; and
5. Use your telephone's handset; do not use the speakerphone feature.

**IT IS SO ORDERED**.

Dated: February 22, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge