# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LOOMIS, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>SLENDERTONE DISTRIBUTION, INC.,<br><br>Defendant. | Case No. 19-cv-854-MMA (KSC)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULING RE: MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, ATTORNEYS' FEES AND COSTS, AND SERVICE AWARD**<br><br>[Doc. No. 43] |

Jane Loomis, on behalf of herself, all others similarly situated, and the general public, ("Plaintiff") has a motion for final approval of the class settlement, attorneys' fees and costs, and a class representative service award currently set for hearing on Monday March 8, 2021 at 2:30 P.M. Having reviewed Plaintiff's filings, the Court tentatively **GRANTS** Plaintiff's motion.

The Court tentatively finds that the proposed settlement of this class action is fair, reasonable, and adequate for final approval pursuant to Federal Rule of Civil Procedure 23(e), that the proposed settlement appears to be the product of serious, informed, arms-length negotiations, and that the settlement was entered into good faith.

1       The Court also tentatively finds that Class Counsel's requested attorneys' fees in
2   the amount of $59,060.20 and costs in the amount of $939.80 are reasonable.
3       The Court also tentatively finds that Plaintiff's requested service award for work
4   performed as the class representative in the amount of $10,000 is reasonable.
5       The Court shall issue a written ruling addressing the motion in due course.
6       **IT IS SO ORDERED**.

8   Dated: March 3, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge