

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Loomis, on behalf of herself, all others similarly situated, and the general public<br><br>**Plaintiff,**<br><br>V.<br><br>Slendertone Distribution, Inc.,<br><br>**Defendant.** | Civil Action No. 19-cv-00854-MMA-KSC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's motion for final approval of the class settlement, attorneys' fees and costs, and a class representative service award. The Court certifies the Settlement Class for the purposes of the Settlement. The Court approves the Settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e). The Court orders the parties to undertake the obligations set forth in the Settlement Agreement that arise out of this Order. The Court awards to Class Counsel attorneys' fees in the amount of $59,060.20 and costs in the amount of $939.80. The Court further awards to Plaintiff a service award for work performed as the class representative in the amount of $10,000.

**Date:**     3/9/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

T. Ferris, Deputy